# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NB 700 Logan, LLC, | ) | Case No. 25-10747 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER TRANSFERRING VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

Upon this Court's May 2, 2025 *Order to Appear and Show Cause Why Venue Should Not Be Transferred to the United States Bankruptcy Court for the Central District of California* [D.I. 5] entered in the above-captioned case pursuant to 28 U.S.C. § 1412 and Rule 1014(a)(1) of the Federal Rules of Bankruptcy Procedure; and upon consideration of *Debtors' Response to Court's Order to Show Cause Why Venue Should Not Be Transferred* [D.I. 9] (the "Response"); and the Court having considered the Response, all related filings and evidence, and the arguments of counsel in support of and in opposition to the transfer of venue of this case on May 7, 2025 (the "Hearing"); and for the reasons set forth by the Court on the record at the Hearing, it is hereby

**ORDERED, ADJUUDGED, AND DECREED THAT:**

1. These above-captioned case is hereby transferred from this Court to the United States Bankruptcy Court for the District of Utah.

2. The Clerk of this Court shall transmit to the Clerk of the United States Bankruptcy Court for the District of Utah a copy of this order and all of the filings with this Court relating to this case.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 7, 2025
Wilmington, Delaware

Karen B. Owens
United States Bankruptcy Judge

2